AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thurman, William T. | U.S. Bankruptcy Court | 05/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

350 South Main Street, Rm 358
Salt Lake City, Utah 84101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Utah Bankruptcy Lawyers Forum |
| 2. | Trustee | Trust 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 24, 25 and 26, 2018 | Denver, Colorado | Speak at seminar | meals, lodging, travel expense and tuition waiver |
| 2. | Norton Institute on Bankruptcy Law | Feb. 25 and 26, 2018 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | National Conference of Bankruptcy Judges | March 13, and 14, 2018 | New Orleans, La. | Committee Chair; Mid year meeting | meals, lodging, travel expenses |
| 4. | Federal Bar Association of Utah | May 9, 10 and 11, 2018 | St. George, Utah | Speak at seminar | tuition, meals |
| 5. | National Conference of Bankruptcy Judges | October 28-31, 2018 | San Antonio, Tx | Attend Annual Conference and conduct separate Committee Meeting | meals, lodging, travel expense |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Utah State Bar Association | July 23-28,2018 | Sun Valley, Ida. | Attend Annual Bar Convention | meals, lodging, travel expenses |
| 7. | Federal Bar Association | September 20, 21 and 23, 2018 | Deer Valley, Utah | attend Tri-State Seminar | meals. lodging, travel expenses |
| 8. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings, checking Accnts (H) | | | | | | | | | |
| 2. ---Mountain America Credit Union | A | Interest | J | T | | | | | |
| 3. ---Zions First National Bank checking and savings | E | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5. Broker #1 Account (H) | | | | | | | | | |
| 6. ---Eaton Vance Tx Mngd Value C Fund | A | Int./Div. | | | Redeemed | 05/16/18 | K | A | |
| 7. | | | | | | | | | |
| 8. New England Life (See Part VIII). (H) | | | | | | | | | |
| 9. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 10. ---BR Ultra Short Term Bond | A | Dividend | J | T | | | | | |
| 11. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 12. ---MFS Value Portfolio Fund | A | Dividend | J | T | | | | | |
| 13. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 14. ---Baillie Intn'l Stock Fund | A | Dividend | J | T | | | | | |
| 15. ---BH/WellCrEqiOppr fund. See part VIII | A | Dividend | J | T | | | | | |
| 16. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 401(K) Broker #4 Account (H) | | | | | | | | | |
| 19. ---American Cenury Retirement 2035 Trust II | B | Dividend | M | T | | | | | |
| 20. | | | | | | | | | |
| 21. Utah Educational Savings Plan, Age Based Gr; My529; see Part VIII | A | Dividend | L | T | | | | | |
| 22. | | | | | | | | | |
| 23. Broker #3 Account (H) | | | | | | | | | |
| 24. ---Fidelity Focused Stock Fund | A | Int./Div. | K | T | | | | | |
| 25. ---Janus Balanced Fund Cl T | A | Int./Div. | K | T | | | | | |
| 26. ---Fidelity 500 Index Premium Class | A | Int./Div. | K | T | | | | | |
| 27. ---Fidelity Total Bond Fund | A | Int./Div. | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. Trustee-Trust 1 (See Part VIII) (H) | | | | | | | | | |
| 30. -Broker #5 Account (H) | | | | | | | | | |
| 31. -----Columbus Life Ins. Co Ins Passport SPDA Fixed Annunity IRA(X) | A | Int./Div. | K | T | | | | | |
| 32. ----King Cnty HSP bond(X) | A | Dividend | J | T | | | | | |
| 33. ----Northgate Crossing TX Mun bond (X) | A | Dividend | J | T | | | | | |
| 34. ----Texas St CLLG Student Ln bond (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ----Tarrant Cnty Tx Culltural Ed Bond (X) | A | Dividend | J | T | | | | | |
| 36. ----Utah County Ut Hsp Bond(X) | A | Dividend | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. -Broker #6 (H) | | | | | | | | | |
| 39. ----Tampa Fl Hlth Sys bond (X) | A | Dividend | J | T | | | | | |
| 40. ----Texas Mun Gas Bond(X) | A | Dividend | J | T | | | | | |
| 41. ----Utah State Ownrshp Auth bond(X) | A | Dividend | K | T | | | | | |
| 42. ----Utah St. Mun PWR AGY Bond(X) | A | Dividend | J | T | | | | | |
| 43. ----Prosper Tx Indpt Sch Bldg bond(X) | A | Dividend | J | T | | | | | |
| 44. ----Del Rio Tx Ctf Oblig Bond(X) | A | Dividend | J | T | | | | | |
| 45. ----Ft. Bend Cnty Mud bond(X) | A | Dividend | J | T | | | | | |
| 46. ----Harris Cnty Tx Hlth Facs Dev Bond(X) | A | Dividend | K | T | | | | | |
| 47. ----Brownsville Tx Nav Dist Rev Bond (X) | A | Dividend | J | T | | | | | |
| 48. ----Washington St. HC Fac Rev Catholic Hlth bond(X) | A | Dividend | K | T | | | | | |
| 49. ----TES PPTYS WA Lease Rev Bond(X) | A | Dividend | K | T | | | | | |
| 50. ----First Trust R Bern Glb Div Kings bond(X) | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 05/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Chase Bank(X) | A | Interest | L | T | | | | | |
| 53. -American United Credit Union (X) | A | Interest | | | Closed | 12/13/18 | J | A | |
| 54. -Zions First National Bank(X) | A | Interest | J | T | | | | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 8 Part VII. Sometimes referred to as Brighthouse Financial in recent 2018 correspondence and statements. The name "New England Life Insurance Company" still appears but along with Brighthouse Financial

Line 15 Part VII. Change of name from Mt/WellCoEquityOpp Fund.

Line 21 Part VII. The full name of the fund sponsor was the Utah Educational Savings Plan. Changed name to My529. All of the funds are Age-Based Aggressive Growth (529) Plan. On the My529 Web page, these funds are referred to as Age-Based Aggressive Domestic Growth Funds. Five separate funds are maintained for                            under the filer's               names. All                    funds are the same: Age-Based Aggressive Domestic Growth Funds. I may have missed a name change somewhere from Age-Based Aggressive Growth to Age-Based Aggresive Domestic. Monthly contributions are made by the filer.

Lines 29-54 Part VII. Filer was named as the successor trustee to a now deceased relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William T. Thurman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544